TROY LAW, PLLC
*Attorney for the Plaintiffs*
41-25 Kissena Blvd, Suite 103
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

DANZHOU LI
   a/k/a Danny Li,
*on his own behalf and on behalf of others similarly situated,*

                                     Plaintiff,

v.

MODERN LIGHTING CORP
   d/b/a Modern Lighting
   d/b/a M D L Lighting & Furniture
JIANWEI HU
   a/k/a Jian Wei Hu

                                     Defendants.

------------------------------------------------------------------x

Case No. 21-cv-03112-ENV-PLM

**NOTICE OF ACCEPTANCE OF DEFENDANTS OFFER OF JUDGMENT PURSUANT TO RULE 68**

     PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff DANZHOU LI a/k/a Danny Li, through his counsel, hereby accept and provide notice that they have accepted Defendants MODERN LIGHTING CORP d/b/a Modern Lighting d/b/a M D L Lighting & Furniture; and JIANWEI HU a/k/a Jian Wei Hu (*Collectively Defendants*) Offer of Judgment to Plaintiffs dated March 31, 2022, attached hereto as Exhibit A.

Date:  April 14, 2022
         New York, NY

                                  TROY LAW, PLLC
                                  *Attorney for Plaintiffs*

                                  John Troy (JT0481)

TROY LAW, PLLC
*Attorney for the Plaintiffs*
41-25 Kissena Blvd, Suite 103
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

DANZHOU LI
   a/k/a Danny Li,
*on his own behalf and on behalf of others similarly situated,*

                               Plaintiff,

               v.

MODERN LIGHTING CORP
   d/b/a Modern Lighting
   d/b/a M D L Lighting & Furniture
JIANWEI HU
   a/k/a Jian Wei Hu

                               Defendants.
------------------------------------------------------------------x

Case No. 21-cv-03112-ENV-PLM

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendants' Offer of Judgment was served on Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Date: April 14, 2022
      Flushing, New York

                                                TROY LAW, PLLC
                                                *Attorney for Plaintiffs*

                                                John Troy (JT0481)