**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

DANZHOU LI
   a/k/a Danny Li,
*on his own behalf and on behalf of others similarly situated*,

                                       Plaintiff,

                                v.

MODERN LIGHTING CORP
   d/b/a Modern Lighting
   d/b/a M D L Lighting & Furniture
JIANWEI HU
   a/k/a Jian Wei Hu

                                     Defendants.

-------------------------------------------------------------------x

Case No. 21-cv-03112-ENV-PLM

**JUDGMENT**

The Honorable District Judge

Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants MODERN LIGHTING CORP d/b/a Modern Lighting d/b/a M D L Lighting & Furniture; and JIANWEI HU a/k/a Jian Wei Hu (collectively "Defendants") having offered to allow judgment be taken against them by consent Plaintiff DANZHOU LI a/k/a Danny Li, in this action for the sum of **One Hundred and Four Thousand Dollars ($104,000.00)** including all attorneys'' fees and costs now accrued; the offer of judgement id mage for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiff DANZHOU LI a/k/a Danny Li suffered any damage; Plaintiff DANZHOU LI a/k/a Danny Li through John Troy, Troy Law PLLC, on having accepted and provided notice that they have accepted Defendants' Offer of Judgment, date March 31, 2022, and the matter having come before this Court, the Court no render it Order that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the offer and acceptance of judgement pursuant to Rule 6, the Clerk shall enter a judgement in the amount of **One Hundred and Four Thousand Dollars ($104,000.00)**, jointly and severally against MODERN LIGHTING CORP d/b/a Modern Lighting d/b/a M D L Lighting & Furniture; and JIANWEI HU a/k/a Jian Wei Hu; now shall make the payments as follows:

1. $104,000.00 by certified check to Troy Law, PLLC, attorneys for Plaintiff, by or on May 14, 2022, for deposit into Troy Law, PLLC's escrow account;

WHEREAS if any amounts remain unpaid, upon the aforementioned schedule, that the post-judgment interest shall accrue pursuant to 28 U.S.C. 1961; and

WHEREAS upon the expiration of 90 days following the issuance of judgement, or 90 days after expiration of the time of appeal and no appeal is then pending, or 90 days following a default whichever later, the total amount shall automatically increase by fifteen percent, as required by NYLL 198(4). Plaintiff shall then have the right to seek twice (2x) the unpaid Judgment Amount, plus fifteen percent (15%) of twice (2x) the unpaid Judgment Amount in any court of competent jurisdiction, with Defendants being liable to Plaintiff for any attorney fees, costs, or disbursements incurred in such enforcement action.

Date: _____

_____
Eric N. Vitaliano, U.S.D.J.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/21/22

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*JUDGMENT SO-ORDERED AS TO INDIVIDUAL PLAINTIFF LI, AND NOT AS TO ANY PUTATIVE CLASS MEMBER. THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE.*